# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2009

136239 & (26)(27)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARCEL RIDDLE-BEY,
      Defendant-Appellant.

SC: 136239
COA: 279507
Wayne CC: 97-006731

_____/

On order of the Court, the motion for remand is DENIED. The motion to add grounds for appeal is GRANTED. The application for leave to appeal the April 4, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2009

Clerk

s0311